GRAFTON MED. COMPANY *v.* J. R. WILSON.

**Appeal—Findings of Court.**
> The finding of the court in an ordinary action submitted to the court without a jury is entitled to the same consideration as the verdict of a jury.

APPEAL FROM McCRACKEN CIRCUIT COURT.

February 26, 1873.

Opinion by Judge Lindsay:

This was an ordinary action submitted by the parties to the court without the intervention of a jury. The judgment is entitled to the same consideration as the finding of a jury. The testimony as to the power of the agent Hazel to bind the appellant by his contracts for expenses for board, etc., is conflicting, but the judgment of the court is not palpably against the weight of the evidence. It must therefore be *affirmed*.

*Quigley, for appellant.*

*James, for appellee.*